# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BLAKE AND COURTNEY FREEMAN,
INDIVIDUALLY AND ON BEHALF
OF THEIR MINOR CHILDREN

NO.  2019 CW 0896

VERSUS

FON'S PEST MANAGEMENT, INC.
AND ABC INSURANCE CO.

**JULY 18, 2019**

---

In Re:     Blake and Courtney Freeman, individually and on behalf
           of their minor children, applying for supervisory
           writs, 32nd Judicial District Court, Parish of
           Terrebonne, No. 164252.

---

BEFORE:    McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.

   **WRIT DENIED.**   The criteria set forth in **Herlitz Construction Company, Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

                          **PMc**
                          **TMH**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT